

Personal and Confidential
May 8, 2019
Via Email
Amy H. Tang, Ph. D.
Professor of Microbiology and Molecular Cell Biology
Leroy T. Canoles, Jr. Cancer Center
Lester Hall, Room 423
651 Colley Avenue
Norfolk, VA   23501

Re:  Change to Dissertation Committee for E. Svyatova

Dear Dr. Tang:

Over the past several years, EVMS has dutifully attempted to preserve the professor-student relationship between you and your Biomedical Sciences Ph.D. student, Elizaveta Svyatova.  EVMS has attempted to do so while carefully considering complaints from both you and Ms. Svyatova regarding each other.  Various departments have devoted countless hours to this endeavor but, unfortunately, no attempts to preserve the relationship have met with your satisfaction.

While your concerns have been carefully and repeatedly vetted, there has been no finding of inappropriate actions by Ms. Svyatova based on your complaints. As Program Director,I now find it necessary to take definitive action so that Ms. Svyatova can complete her academic program. Accordingly, I am disbanding Ms. Svyatova's dissertation committee effective immediately.  I will reform the committee with another professor to take the leadership role in evaluating Ms. Svyatova's progress in completing her dissertation and any other requirements for graduation. You will no longer serve on the committee in any capacity.

That said, I understand that Ms. Svyatova may not have completed experiments necessary to support her work toward her dissertation.  To the extent that it is necessary, EVMS requires that you provide guidance to her or, when  feasible, provide guidance to others so they may do so.  No matter what the state of your personal and/or professional conflict with Ms. Svyatova, your duty to EVMS requires that you set aside personal feelings to allow, and if necessary assist, Ms. Svyatova to complete her degree.

It is essential that there be no further confrontations between you and Ms. Svyatova and there can be no actions on your part (including derogatory or inflammatory emails to any remaining or new dissertation committee members) that can be perceived as retaliatory against her. To that end, all future communications with Ms. Svyatova, or regarding Ms. Svyatova's academic progress, must be sent to me.  You will no longer need to send information through Melissa Scott.    Finally, to avoid what could be an uncomfortable situation at commencement, you will only be hooding Dr. Van Sciver and not Ms.

EXHIBIT B

PO BOX 1980
NORFOLK, VA 23501-1980

Community focus. World impact.                                                                                             www.evms.edu



Svyatova.

If you have any questions, please feel free to contact me.


Sincerely,

*Margaret A. Morris, Ph.D.*

Margaret A. Morris, Ph.D


cc:  Julie Kerry, Chair, Department of Microbiology and Molecular Cell Biology