IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| AMY H. TANG, )<br>    Plaintiff, )<br>)<br>        v. )<br>)<br>EASTERN VIRGINIA )<br>MEDICAL SCHOOL, )<br>    Defendant. )<br>                                          ) | Civil Action No. 2:20CV575 (RCY) |

**ORDER**

This matter is before the Court on Plaintiff's Motion for Substitution of Counsel (ECF No. 45). For good cause shown, it is hereby ORDERED that: (1) Plaintiff's Motion for Substitution of Counsel (ECF No. 45), is GRANTED; (2) Duncan G. Byers and Andrew Dean, of Patten, Wornom, Hatten & Diamonstein, L.C., are removed as counsel of record for Plaintiff; and (3) Joshua A. Hartman of Merchant & Gould, P.C. is appointed as counsel of record for Plaintiff.

James R. Theuer of James R. Theuer, PLLC remains as counsel of record for Plaintiff.

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                        /s/
                                            Roderick C. Young
                                            United States District Judge

Norfolk, Virginia
Date: April 14, 2021